UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TREVIS C. JOHNSON,

        Plaintiff,                    Case No. 1:14-cv-395

v.                                         Honorable Paul L. Maloney

TERRY J. NOLAN et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A, because Defendants Graves, Hilson and Roberts are immune from relief, and Plaintiff fails to state a claim against Defendants Ambrose, Nolan, Panucci, and the Muskegon County Prosecutor's Office.


Dated:  July 16, 2014                  /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge